BLANK ROME LLP
William R. Bennett III
Lauren B. Wilgus
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
WBennett@BlankRome.com
*Attorneys for Petitioners* Atlas Maritime Ltd. and Circinus Transport Ltd.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of an *ex parte* Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by<br><br>ATLAS MARITIME, LTD.<br>AND CIRCINUS TRANSPORT LTD.,<br><br>        Petitioners,<br><br>In support of legal proceedings, criminal and civil, pending, and/or in the process of being commenced, in Hong Kong against Trotop International (HK) Engineering Co. Ltd. and Yulong International (HK) Limited, and their respective directors. | Case No. _____  |

## ORDER

Upon consideration of an *Ex Parte* Petition filed by Petitioners Atlas Maritime Ltd. and Circinus Transport Ltd., pursuant to 28 U.S.C. § 1782, seeking an order directing the issuance of subpoenas for the production of documents to HSBC USA, Inc., for use with proceedings pending, and/or in the process of being commenced, in the High Court of the Hong Kong SAR, Commercial Courts (Court of First Instance) relating to the fraudulent acts of Trotop International (HK) Engineering Co. Ltd. and Yulong International (HK) Limited, and their respective directors, the accompanying Memorandum of Law, and the Declaration of Harris Takakis, IT IS HEREBY:

999998.05329/101926844v.1

**ORDERED** that the Petition is granted.

**IT IS FURTHER ORDERED** that counsel for Petitioners, as officers of the Court, may sign and cause to be served, the subpoenas submitted in draft with the Petition upon HSBC USA, Inc. Motions to quash the subpoenas, if any, may be addressed pursuant to the procedures set forth in Fed. R. Civ. P. 45.

Dated: January 29, 2016

_____
UNITED STATES DISTRICT JUDGE

999998.05329/101926844v.1